IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DANIEL PAUL SKIPPER, Register No. 328366, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4201-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On January 29, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motions for preliminary injunctive relief and related motions be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 29, 2008, is adopted. [87] It is further

ORDERED that plaintiff's motions for preliminary injunctive relief and related motions are denied. [5, 26, 29, 33, 57, 67]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 3, 2008
Jefferson City, Missouri