# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

DANIEL PAUL SKIPPER, Register No. 328366, )
                                                  )
                        Plaintiff,        )
                                                  )
                        v.                     )     No. 07-4201-CV-C-NKL
                                                  )
DAVE DORMIRE, et al.,                )
                                                  )
                        Defendants.    )

## ORDER

On March 31, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for summary judgment and motions for preliminary injunctive relief be denied. Judge Knox further recommended that the motion of CMS defendants Vickers, Hardman, Sulltrop and Swartz to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record[1], including the exceptions filed by plaintiff on April 23, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 31, 2008, is adopted. [131] It is further

ORDERED that plaintiff's motion for summary judgment is denied. [15] It is further

ORDERED that plaintiff's motions for preliminary injunctive relief are denied. [62, 63, 80, 114, 120] It is further

---

[1] Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.

ORDERED that the motion of CMS defendants Vickers, Hardman, Sulltrop and Swartz to dismiss is denied. [50]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 21, 2008
Jefferson City, Missouri

2